UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
INTEGRITY ELECTRONICS, INC.,

                Plaintiff,

-against-

GARDEN STATE DISTRIBUTORS, INC.,
et al.,

                Defendants.
---------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 03 2010 ★

BROOKLYN OFFICE

ORDER
09 CV 2367 (ILG) (CLP)

GLASSER, United States District Judge:

    A Report and Recommendation of Magistrate Judge Pollak, dated December 7, 2010, recommended that the plaintiff's motion to dismiss the Elmann defendants and Digital World be granted in its entirety, and that no award of costs or fees be granted. Any objections were to be made within fourteen days, and that failure to do so waives the right to appeal. As of this date, no objection has been filed.

    The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that the plaintiff's motion to dismiss the Elmann defendants and Digital World is granted in its entirety, and that an award of costs or fees is denied.

    SO ORDERED.

Dated:    Brooklyn, New York
            December 30, 2010

                                              S/ILG
                                            _____
                                            I. Leo Glasser