UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
INTEGRITY ELECTRONICS, INC.,

                    Plaintiff,

-against-

GARDEN STATE DISTRIBUTORS., INC., &
G.S.D. MARKETING GROUP, INC.,

                    Defendants.
------------------------------------------------------x

ORDER
09 CV 2367 (ILG) (CLP)

GLASSER, United States District Judge:

    The matter was referred to Magistrate Judge Pollak for a Report and Recommendation after conducting an inquest as to the amount of fees and costs to be awarded. That Report and Recommendation, dated June 15, 2012, advised the plaintiff that objections to it, if any, were to be filed and served within fourteen days of receipt, and that failure to do so would waive the right to appeal. As of this date, no objection has been filed.

    The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that judgment be entered in favor of plaintiff in the amount of $515,222.02, which represented the agreed-upon amount of $380,735.00 in principal, plus $134,487.02 in pre-judgment interest.

    The Clerk is directed to send copies of this Order to the parties either electronically through ECF or by mail.

    SO ORDERED.

Dated:    Brooklyn, New York
            July 6, 2012

                                          S/ILG
                                    I. Leo Glasser